IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **11-cv-2896-AP**

**THE WATER SUPPLY AND STORAGE COMPANY,** a Colorado Non-Profit Mutual Ditch and Reservoir Company

    Plaintiff,

v.

**UNITED STATES DEPARTMENT OF AGRICULTURE**;
**TOM VILSACK,** in his official capacity as Secretary of the U.S. Department of Agriculture;
**UNITED STATES FOREST SERVICE**, an agency of the United States Department of Agriculture;
**MARIBETH GUSTAFSON**, in her official capacity as Regional Forester for the Rocky Mountain Region of the United States Department of Agriculture Forest Service;
**GLENN P. CASAMASSA**, in his official capacity as Forest Supervisor of the Arapaho and Roosevelt National Forest and Pawnee National Grassland, United States Department of Agriculture Forest Service;
**UNITED STATES DEPARTMENT OF INTERIOR;**
**KEN SALAZAR**, in his official capacity as Secretary of the United States Department of Interior;
**UNITED STATES NATIONAL PARK SERVICE;** an agency of the United States Department of Interior;
**JOHN WESSELS**, in his official capacity as Director, Intermountain Region, United States National Park Service;

    Defendants, and

**COLORADO TROUT UNLIMITED**,

    Defendant-Intervenor.

**ORDER**

Kane, J.

    This matter is currently before me on the parties' Joint Motion to Amend Joint Case Management Plan (doc. 34). Having reviewed the motion, and finding good cause appearing for

the requested modifications, the motion is GRANTED. The Joint Case Management Plan is amended as indicated in the attached document.

Dated: July 17, 2012	BY THE COURT:

/**s/ John L. Kane**
Senior U.S. District Court Judge