IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action **No. 11-cv-02896-JLK**

**THE WATER SUPPLY AND STORAGE COMPANY**,

Plaintiff,

v.

**UNITED STATES DEPARTMENT OF AGRICULTURE,**
**TOM VILSAK,** in his official capacity as Secretary of the United States Department of
Agriculture**, MARIBETH GUSTAFSON,** in her official capacity as Regional Forester for the
Rocky Mountain Region of the United States Department of Agriculture Forest Service**,**
**GLENN P. CASAMASSA,** in his official capacity as Forest Supervisor of the Arapaho and
Roosevelt National Forest and Pawnee National Grassland, United States Department of
Agriculture Forest Service**, UNITED STATES DEPARTMENT OF INTERIOR,**
**KEN SALAZAR,** in his official capacity as Secretary of the United States Department of
Interior**, UNITED STATES PARK SERVICE, JOHN WESSELS,** in his official capacity as
Director, Intermountain Region, United States National Park Service**,**

Respondents,

and,

**COLORADO TROUT UNLIMITED,**
Defendant-Intervenor.

---

ORDER DENYING JOINT MOTION TO AMEND JOINT CASE MANAGEMENT PLAN

Kane, J.

The parties' Joint Motion to Amend Joint Case Management Plan, Doc. 75, is DENIED.

If WSSC believes that there are materials that should have been included in the administrative

record, it should have sought an extension of the JCMP's deadline to file a motion to

supplement/complete. A motion to supplement/complete the record, not a sur-reply to an

appendix unauthorized by the Court, is the mechanism by which to resolve the propriety of

including extra record evidence. If WSSC wants its appendix material as part of the record, it

must confer with Respondents and Respondent-Intervenor to arrive at a reasonable briefing

timetable for a motion to supplement/complete.  The parties must then jointly submit to the Court

on or before July 29, 2014 a proposed reasonable briefing schedule for any contemplated motion

to supplement/complete.  If, after conferral, the parties instead elect to forgo the issue of

including the appendix materials, they must let the Court know of this decision on or before July

29, 2014.

DATED:        July 15, 2014                          BY THE COURT:
                                                     *s/John L. Kane*
                                                     John L. Kane, U.S. Senior District Judge