IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02896-WJM-MEH

WATER SUPPLY AND STORAGE COMPANY, a Colorado Non-Profit Mutual Ditch and Reservoir Company,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF AGRICULTURE,
TOM VILSACK, in his official capacity as Secretary of the United States Department of Agriculture,
UNITED STATES DEPARTMENT OF AGRICULTURE, FOREST SERVICE,
MARIBETH GUSTAFSON, in her official capacity as Regional Forester for the Rocky Mountain Region of the United States Department of Agriculture Forest Service,
GLENN P. CASAMASSA, in his official capacity as Forest Supervisor of the Arapaho and Roosevelt National Forest and Pawnee National Grassland,
UNITED STATES DEPARTMENT OF INTERIOR,
KEN SALAZAR, in his official capacity as Secretary of the United States Department of Interior,
UNITED STATES NATIONAL PARK SERVICE,
JOHN WESSELS, in his official capacity as Director, Intermountain Region, United States National Parks Service,

    Defendants,

COLORADO TROUT UNLIMITED,

    Intervenor Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 14, 2015**.

    Defendants' Unopposed Motion to be Excused from Participating in Settlement Conference with Full Authority [filed January 13, 2015; docket #94] and Plaintiff's Unopposed Motion to be Excused from Participating in Settlement Conference with Full Authority [filed January 14, 2015; docket #96] are **granted**. The Court understands that, under the circumstances presented in this case, the parties must seek approval of any settlement from higher authorities.